```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IRVIN FOLLY                              :       CIVIL ACTION

    vs.                                  :

CITY OF PHILADELPHIA, *et al.*           :       NO. 08-3434


## O R D E R

**AND NOW**, this 4th day of May, 2009, it having been reported that the issues between **Plaintiff Irvin Folly** and **Defendants City of Philadelphia, Police Officer Charles Marable, Police Officer Hamilton B. Marshmond** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

    **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.


ATTEST:                              or      BY THE COURT:


BY:_____                   /s/John P. Fullam
    Rosalind Burton-Hoop                     JOHN P. FULLAM, Sr. J.
    Deputy Clerk



COPIES BY MAIL ON   5/4/09    TO:  Benson L. Goldberger, Esquire
                                   Mark Maguire, Esquire
                                   Reid I. Howell, Esquire


Civ 12 (7/95)